**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**LAZARO ANTONIO DE JESUS-CEBALLO,
A# 022-774-659,**

      **Petitioner,**

**vs.**                                                                 **Case No. 4:17cv530-MW/CAS**

**THOMAS D. HOMAN,**

      **Respondent.**

_____/


**<u>ORDER and REPORT AND RECOMMENDATION</u>**

Petitioner, represented by counsel, filed a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 7. The amended petition was construed as alleging that Petitioner has been detained unlawfully and indefinitely. Petitioner is "a Cuban national" and alleged that the Cuban government would not allow Petitioner's return to Cuba. *Id.* Service of the petition was directed with the presumption that Petitioner was seeking release from detention under <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001), although no specific relief was requested. ECF No. 8.

Respondent has filed a motion to dismiss the petition, ECF No. 12, advising that Petitioner has been released under an order of supervision. Attached to the motion is an exhibit revealing that Petitioner was released from detention on January 18, 2018. ECF No. 12-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

Additionally, the amended petition was filed on Petitioner's behalf by attorney Jonathan Arias of the Arias Immigration Law firm. ECF No. 7 at 6, ECF No. 7-1 at 2-4. The Clerk of Court filed a notice on the docket which reveals that counsel was not admitted to the Bar of this Court and was, accordingly, not registered to file documents electronically. ECF No. 4. The docket does not reveal that any additional steps were taken by counsel to correct that deficiency. Thus, the motion to dismiss contains a certificate of service which indicates the document was provided to Petitioner at his address of release, 1351 SW 15th Street, Miami, Florida 33145. ECF No. 12 at 4; *see also* ECF No. 12-1 at 3. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address. This Order and Report and Recommendation is not being provided to attorney Jonathan Arias.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 1351 SW 15th Street, Miami, Florida 33145, and his address of record at the Wakulla County Jail.

**REPORT AND RECOMMENDATION**

In light of Respondents' showing that Petitioner has been released from detention, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 12, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on February 8, 2018.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic</u>**

**docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.